# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| A.A., a minor, by Jenny Carroll her Next Friend; B.B., a minor, by Jenny Carroll, her Next Friend; C.C., a Minor, by C.G., his Next Friend; and D.D., a minor, by Christine Freeman, his Next Friend. ) ) ) ) ) ) ) | |
| Plaintiffs, ) ) | CIVIL ACTION No. 2:21-CV-367-ECM-SRW |
| v. ) ) | |
| NANCY T. BUCKNER, Commissioner of ) The Alabama Department of Human ) Resources, in her official capacity, ) ) | |
| Defendant. ) | |

## COMMISSIONER BUCKNER'S MOTION TO DISMISS

**COMES NOW**, Nancy T. Buckner, Commissioner of Alabama Department of Human Resources, by and through undersigned counsel, and hereby moves this Court to dismiss the Complaint against her pursuant to Federal Rules of Civil Procedure 12(b)(1) and (12)(b)(6). In support of this Motion, Defendant contemporaneously submits and incorporates by reference her brief in support.

Respectfully submitted,

STEVE MARSHALL

ATTORNEY GENERAL

/s/Felicia M. Brooks
FELICIA M. BROOKS (BRO153)
CHIEF LEGAL COUNSEL

/s/Jonathan S. Schlenker
Jonathan S. Schlenker (SCH70)
Deputy Attorney General

/s/Joshua L. Lane
Joshua L. Lane (LAN073)

State of Alabama
Department of Human Resources
P.O. Box 304000
Montgomery, Alabama  36130-4000
Phone:  (334) 242-9330
Felicia.brooks@dhr.alabama.gov
Jonathan.schlenker@dhr.alabama.gov
Josh.lane@dhr.alabama.gov

# **CERTIFICATE OF SERVICE**

## **Counsel for Plaintiff – Southern Poverty Law Center**

Hon. Claire Sherburne

claire.sherburne@splcenter.org

Hon. Michael J. Tafelski

michael.tafelski@splcenter.org

Hon. Sophia Mire Hill

sophia.mire@splcenter.org

## **Counsel for Plaintiff - ADAP**

Hon. Nancy Anderson

nanderso@adap.ua.edu

Hon. Rhonda Brownstein

rbrownstein@adap.ua.edu

Hon. Andrea J. Mixson

amixson@adap.ua.edu

Hon. Larry Canada

lcanada@adap.ua.edu

**Counsel for Plaintiff – Children's Rights**

Hon. Christina Wilson Remlin

cremlin@childrensrights.org

Hon. Aaron Finch

afinch@childrensrights.org

                                                /s/Felicia M. Brooks
                                                Of Counsel