IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **A.A.**, a minor, by Jenny Carroll, her Next Friend, et al.,<br><br>**Plaintiffs,**<br><br>v.<br><br>**NANCY T. BUCKNER**, Commissioner of the Alabama Department of Human Resources, in her official capacity,<br><br>**Defendant.** | **Civil Action No.:** 2:21-CV-367-ECM |

**CONSENT MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Plaintiffs move the Court for leave to amend their complaint to add two additional Named Plaintiffs under Rule 15(a)(2). The Federal Rules provide that "a party may amend its pleading [] with the opposing party's written consent or the court's leave." F.R.C.P. 15(a)(2). Defendant's counsel has provided Plaintiffs' counsel with written consent to file the attached Second Amended Complaint.

Plaintiffs therefore respectfully ask the Court for leave to file the attached Second Amended Complaint.

Dated: May 5, 2023

Respectfully Submitted,

1

CHILDREN'S RIGHTS

/s/ *Aaron Finch* _____
Aaron Finch (admitted *pro hac vice*)
NY Bar No. 5140033
Lindsey Frye (admitted *pro hac vice*)
NC Bar No. 47752
Katrina Braun (admitted *pro hac vice*)
NC Bar No. 53396
88 Pine Street, Suite 800
New York, New York 10005
(212) 683-2210
(212) 683-4015 (fax)
afinch@childrensrights.org
lfrye@childrensrights.org
kbraun@childrensrights.org

ALABAMA DISABILITIES ADVOCACY PROGRAM
Nancy Anderson
Ala. Bar No. ASB 3738-R67N
Andrea J. Mixson
Ala. Bar No. ASB 2155-R79M
Larry Canada
Ala. Bar No. ASB 3153-N73L
2008 12th Street
Tuscaloosa, AL 35401
(205) 348-4928
nanderso@adap.ua.edu
amixson@adap.ua.edu
lcanada@adap.ua.edu

SOUTHERN POVERTY LAW CENTER
Michael Tafelski
Ala. Bar No. ASB 4400A33A
Claire Sherburne
Ala. Bar No. ASB 1121A61H
Sophia Mire Hill (admitted *pro hac vice*)
La. Bar No. 36912
400 Washington Ave.
Montgomery, AL 36104
(888) 414-7752
michael.tafelski@splcenter.org
claire.sherburne@splcenter.org
sophia.mire@splcenter.org

**ATTORNEYS FOR PLAINTIFFS**

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I certify that I have on this day filed the foregoing document with the clerk of the court and electronically served the following persons:

Felicia M. Brooks
Jonathan S. Schlenker
Joshua L. Lane
Office of the Attorney General
Felicia.brooks@dhr.alabama.gov
Jonathan.schlenker@dhr.alabama.gov
Josh.lane@dhr.alabama.gov
Attorneys for Defendant

Alfred H. Smith, Jr.
Elizabeth N. Terenzi
Bainbridge, Mims, Rogers & Smith, LLP
asmith@bainbridgemimms.com
bterenzi@bainbridgemims.com
Attorneys for Defendant

Dated: May 5, 2023

/s/  *Aaron Finch*
Aaron Finch
Attorney for Plaintiffs