# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **A.A.**, a minor, by **JENNY CARROLL**, her Next Friend, *et al.*,<br><br>**Plaintiffs,**<br><br>v.<br><br>**NANCY T. BUCKNER**, Commissioner of the Alabama Department of Human Resources, in her official capacity,<br>**Defendant.** | **Civil Action No.:** 2:21-CV-367-ECM |

## [Proposed Order]

This matter comes before the Court on Plaintiffs' Consent Motion for Leave to File a Second Amended Complaint. Upon consideration of the record, the Court gives leave for Plaintiffs to file their Second Amended Complaint. Plaintiffs' motion is thus **GRANTED**. It is

**ORDERED** that Plaintiffs shall file an exact duplicate of the Second Amended Complaint submitted with their motion.

Done this ___ day of _____, 2023.

_____
Emily C. Marks
CHIEF U.S. DISTRICT JUDGE

1