IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **A.A.**; **B.B.**; **C.C.**, a minor, by **JENNY CARROLL**, his Next Friend; **E.E.**, a minor, by **CHRISTINE FREEMAN**, her Next Friend; **F.F.**, a minor, by **CHRISTINE FREEMAN**, her Next Friend; and **G.G.**, a minor, by **CHRISTINE FREEMAN**, her Next Friend;<br>**Plaintiffs,**<br><br>v.<br><br>**NANCY T. BUCKNER**, Commissioner of the Alabama Department of Human Resources, in her official capacity,<br><br>**Defendant.** | Civil Action No.: 2:21-cv-367-ECM<br><br>CLASS ACTION<br><br>ORAL ARGUMENT REQUESTED |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

By and through their next friends and counsel, Named Plaintiffs C.C., F.F., and G.G.[1] (collectively "Named Plaintiffs") respectfully move this Court to grant their request for class certification pursuant to Federal Rules of Civil Procedure ("Rule(s)") 23(a) and 23(b)(2) and certify a class defined as:

> Children who are adjudicated dependent under Ala. Code § 12-15-314(a)(3), and who have, or have a record of, a mental health impairment that substantially limits one or more major life activities.

For a district court to certify a class action, the Named Plaintiffs must satisfy the numerosity, commonality, typicality, and adequacy of representation requirements of Rule 23(a) and at least one of the requirements of Rule 23(b). For the reasons set forth in the memorandum of law filed

---

[1] Plaintiffs A.A., B.B., and E.E.'s motion for voluntary dismissal is currently pending.

1

herewith, and the exhibits appended thereto, Plaintiffs meet these requirements and the class should be certified.

Plaintiffs also respectfully move the Court to appoint the Named Plaintiffs as class representatives, and under Rule 23(g), appoint Plaintiffs' counsel as counsel for the certified class. As further stated in the accompanying memorandum of law and exhibits appended thereto, the Named Plaintiffs have claims that are typical of the class and will fairly and adequately protect the class' interests, as is required under Federal Rule of Civil Procedure 23(a). The undersigned counsel will also fairly and adequately represent the interests of the class pursuant to Rule 23(g).

Dated: March 8, 2024

                                          Respectfully Submitted,

                                          CHILDREN'S RIGHTS

/s/ *Lindsey S. Frye*
Lindsey S. Frye (admitted *pro hac vice*)
NC Bar No. 47752
Samantha M. Bartosz (admitted *pro hac vice*)
IL Bar No. 6194058
Katrina Braun (admitted *pro hac vice*)
NC Bar No. 53396
Valerie Achille (admitted *pro hac vice*)
NY Bar No. 5988548
Micaela Ann Heery-Hyatt (admitted *pro hac vice*)
NY Bar No. 5742218
Jessica Zou (admitted *pro hac vice*)
NY Bar No. 5922091
88 Pine Street, Suite 800
New York, New York 10005
(212) 683-2210
(212) 683-4015 (fax)
lfrye@childrensrights.org
sbartosz@childrensrights.org
kbraun@childrensrights.org

2

vachille@childrensrights.org
mheeryhyatt@childrensrights.org
jzou@childrensrights.org

ALABAMA DISABILITIES ADVOCACY PROGRAM
Andrea J. Mixson
Ala. Bar No. ASB 2155-R79M
Larry Canada
Ala. Bar No. ASB 3153-N73L
2008 12th Street
Tuscaloosa, AL 35401
(205) 348-4928
amixson@adap.ua.edu
lcanada@adap.ua.edu

SOUTHERN POVERTY LAW CENTER
Michael Tafelski
Ala. Bar No. ASB 4400A33A
Claire Sherburne
Ala. Bar No. ASB 1121A61H
Sophia Mire Hill (admitted *pro hac vice*)
La. Bar No. 36912
400 Washington Ave.
Montgomery, AL 36104
(888) 414-7752
michael.tafelski@splcenter.org
claire.sherburne@splcenter.org
sophia.mire@splcenter.org

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I certify that I have on this day filed the foregoing document with the clerk of the court and electronically served the following persons:

Felicia M. Brooks
Jonathan S. Schlenker
Joshua L. Lane
Office of the Attorney General
Felicia.brooks@dhr.alabama.gov
Jonathan.schlenker@dhr.alabama.gov
Josh.lane@dhr.alabama.gov
Attorneys for Defendant

Alfred H. Smith, Jr.
Elizabeth N. Terenzi
Bainbridge, Mims, Rogers & Smith, LLP
asmith@bainbridgemims.com
bterenzi@bainbridgemims.com
Attorneys for Defendant

Dated: March 8, 2024

*/s/ Lindsey Frye*
Attorney for Plaintiffs