# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **C.C.**, et al., | |
| **Plaintiffs,** | **Civil Action No.:** 2:21-CV-367-ECM |
| v. | |
| **NANCY T. BUCKNER**, Commissioner of the Alabama Department of Human Resources, in her official capacity, | |
| **Defendant.** | |

## JOINT STATUS REPORT

As the Parties indicated in their Joint Status Report of November 25, 2024 (Doc. 155), the Parties hereby inform the Court that the case has not settled, but that the Parties intend to continue mediation in an attempt to reach a negotiated resolution. The Parties expect to either reach an agreement or an impasse necessitating a request to set a trial schedule within approximately the next 30 days.

The Parties participated in two days of mediation with Judge Bryan on December 12 and December 13, and made substantial progress towards resolution. The Parties and Judge Bryan plan to continue mediating and exchanging draft settlement language during the upcoming weeks.

The Parties therefore request that the stay of compliance with outstanding discovery obligations and unexpired scheduling order deadlines previously ordered by the Court remain in place to allow the Parties to continue focusing time and resources towards a potential resolution of this case.

1

On January 24, 2025, the Parties will file a further joint notice to inform the Court (1) whether the case has settled, (2) whether settlement is believed to be imminent, or (3) whether adjusted deadlines need to be implemented to prepare the case for trial.

Dated: December 20, 2024

        Respectfully Submitted,

        CHILDREN'S RIGHTS

        /s/ *Lindsey Frye*_____
        Lindsey Frye (admitted *pro hac vice*)
        NC Bar No. 47752
        Samantha Bartosz (admitted *pro hac vice*)
        IL Bar No. 6194058
        Katrina Braun (admitted *pro hac vice*)
        NC Bar No. 53396
        Valerie Achille (admitted *pro hac vice*)
        NY Bar No. 5988548
        Micaela Ann Heery-Hyatt (admitted *pro hac vice*)
        NY Bar No. 5742218
        Jessica Zou (admitted *pro hac vice*)
        NY Bar No. 5922091
        88 Pine Street, Suite 800
        New York, New York 10005
        (212) 683-2210
        (212) 683-4015 (fax)
        lfrye@childrensrights.org
        sbartosz@childrensrights.org
        kbraun@childrensrights.org
        vachille@childrensrights.org
        mheeryhyatt@childrensrights.org
        jzou@childrensrights.org

        ALABAMA DISABILITIES ADVOCACY PROGRAM
        Andrea J. Mixson
        Ala. Bar No. ASB 2155-R79M
        Larry Canada
        Ala. Bar No. ASB 3153-N73L
        2008 12th Street
        Tuscaloosa, AL 35401
        (205) 348-4928
        amixson@adap.ua.edu
        lcanada@adap.ua.edu

SOUTHERN POVERTY LAW CENTER
Michael Tafelski
Ala. Bar No. ASB 4400A33A
Claire Sherburne
Ala. Bar No. ASB 1121A61H
Sophia Mire Hill (admitted *pro hac vice*)
La. Bar No. 36912
Eugene Choi (admitted *pro hac vice*)
Ga. Bar No. 121626
400 Washington Ave.
Montgomery, AL 36104
(888) 414-7752
michael.tafelski@splcenter.org
claire.sherburne@splcenter.org
sophia.mire@splcenter.org
eugene.choi@splcenter.org

**ATTORNEYS FOR PLAINTIFFS**

*/s/ Elizabeth N. Terenzi*
Alfred F. Smith, Jr. (ASB-8536-S70A)
Elizabeth N. Terenzi (ASB-1139-G40M)
Attorneys for Defendant
BAINBRIDGE, MIMS, ROGERS & SMITH, LLP
600 Luckie Drive, Ste. 415
Birmingham, Alabama 35223
(205) 879-1100
(205) 879-4300 (fax)
asmith@bainbridgemims.com
bterenzi@bainbridgemims.com

Felicia M. Brooks
Jonathan S. Schlenker
Joshua J. Lane
State of Alabama
Department of Human Resources
Legal Office
P.O. Box 304000
Montgomery, AL 36130-4000
felicia.brooks@dhr.alabama.gov
jonathan.schlenker@dhr.alabama.gov
joshua.lane@dhr.alabama.gov

**ATTORNEYS FOR DEFENDANT**

3

## CERTIFICATE OF SERVICE

I certify that I have on this day filed the foregoing document using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

Felicia M. Brooks
Jonathan S. Schlenker
Joshua L. Lane
Office of the Attorney General
Felicia.brooks@dhr.alabama.gov
Jonathan.schlenker@dhr.alabama.gov
Josh.lane@dhr.alabama.gov
Attorneys for Defendant

Alfred F. Smith, Jr.
Elizabeth N. Terenzi
Bainbridge, Mims, Rogers & Smith, LLP
asmith@bainbridgemimms.com
bterenzi@bainbridgemims.com
Attorneys for Defendant

Dated: December 20, 2024

*/s/ Lindsey Frye*
Attorney for Plaintiffs