IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C.C. *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL CASE NO. 2:21-cv-367-ECM |
| ) | |
| NANCY T. BUCKNER, Commissioner ) | |
| of the Alabama Department of Human ) | |
| Resources, in her official capacity, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

This case is presently scheduled for a pretrial conference on January 23, 2025, and jury selection and jury trial on March 3, 2025. (Doc. 136). Previously, the Court entered a stay in the case pending further Order of this Court. (*See* doc. 152). Accordingly, for good cause, it is

ORDERED that all deadlines tied to the trial of this case, including the pretrial conference, jury selection and jury trial, are CONTINUED GENERALLY. If necessary, the Court will reset any deadlines after the parties file their joint notice on January 24, 2025. (*See* doc. 156).

DONE this 8th day of January, 2025.

                                       /s/ Emily C. Marks
                                  EMILY C. MARKS
                                  CHIEF UNITED STATES DISTRICT JUDGE