IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **C.C.**, et al.,<br><br>    **Plaintiffs,**<br><br>v.<br><br>**NANCY T. BUCKNER**, Commissioner of the Alabama Department of Human Resources, in her official capacity,<br><br>    **Defendant.** | **Civil Action No.:** 2:21-CV-367-ECM |

## JOINT STATUS REPORT

As the Parties indicated in their Joint Status Report of February 28, 2025 (Doc. 159), the Parties intended to file another Joint Status Report today. However, the Parties are still in the process of selecting additional dates to mediate in March, and respectfully, cannot provide the Court with the requisite update due today. The Parties intend to confirm dates for future mediation sessions imminently and will file a further status report with the Court on Friday, March 7, 2025.

Dated: March 5, 2025

                                            Respectfully Submitted,

                                            CHILDREN'S RIGHTS

                                            /s/ *Lindsey Frye*_____
                                            Lindsey Frye (admitted *pro hac vice*)
                                            NC Bar No. 47752
                                            Samantha Bartosz (admitted *pro hac vice*)
                                            IL Bar No. 6194058
                                            Katrina Braun (admitted *pro hac vice*)
                                            NC Bar No. 53396
                                            Valerie Achille (admitted *pro hac vice*)

NY Bar No. 5988548
Micaela Ann Heery-Hyatt (admitted *pro hac vice*)
NY Bar No. 5742218
Jessica Zou (admitted *pro hac vice*)
NY Bar No. 5922091
88 Pine Street, Suite 800
New York, New York 10005
(212) 683-2210
(212) 683-4015 (fax)
lfrye@childrensrights.org
sbartosz@childrensrights.org
kbraun@childrensrights.org
vachille@childrensrights.org
mheeryhyatt@childrensrights.org
jzou@childrensrights.org

ALABAMA DISABILITIES ADVOCACY PROGRAM
Andrea J. Mixson
Ala. Bar No. ASB 2155-R79M
Larry Canada
Ala. Bar No. ASB 3153-N73L
2008 12th Street
Tuscaloosa, AL 35401
(205) 348-4928
amixson@adap.ua.edu
lcanada@adap.ua.edu

SOUTHERN POVERTY LAW CENTER
Michael Tafelski
Ala. Bar No. ASB 4400A33A
Claire Sherburne
Ala. Bar No. ASB 1121A61H
Sophia Mire Hill (admitted *pro hac vice*)
La. Bar No. 36912
Eugene Choi (admitted *pro hac vice*)
Ga. Bar No. 121626
400 Washington Ave.
Montgomery, AL 36104
(888) 414-7752
michael.tafelski@splcenter.org
claire.sherburne@splcenter.org
sophia.mire@splcenter.org
eugene.choi@splcenter.org

**ATTORNEYS FOR PLAINTIFFS**

*/s/ Elizabeth N. Terenzi*
Alfred F. Smith, Jr. (ASB-8536-S70A)
Elizabeth N. Terenzi (ASB-1139-G40M)
Attorneys for Defendant
BAINBRIDGE, MIMS, ROGERS & SMITH, LLP
600 Luckie Drive, Ste. 415
Birmingham, Alabama 35223
(205) 879-1100
(205) 879-4300 (fax)
asmith@bainbridgemims.com
bterenzi@bainbridgemims.com

Felicia M. Brooks
Jonathan S. Schlenker
Joshua J. Lane
State of Alabama
Department of Human Resources
Legal Office
P.O. Box 304000
Montgomery, AL 36130-4000
felicia.brooks@dhr.alabama.gov
jonathan.schlenker@dhr.alabama.gov
joshua.lane@dhr.alabama.gov

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that I have on this day filed the foregoing document using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

Felicia M. Brooks
Jonathan S. Schlenker
Joshua L. Lane
Office of the Attorney General
Felicia.brooks@dhr.alabama.gov
Jonathan.schlenker@dhr.alabama.gov
Josh.lane@dhr.alabama.gov
Attorneys for Defendant

Alfred F. Smith, Jr.
Elizabeth N. Terenzi
Bainbridge, Mims, Rogers & Smith, LLP
asmith@bainbridgemimms.com
bterenzi@bainbridgemims.com
Attorneys for Defendant

Dated: March 5, 2025

*/s/ Lindsey Frye*
Attorney for Plaintiffs