IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **C.C., et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 2:21-cv-367-ECM-CWB |
| ) | |
| **NANCY T. BUCKNER,** ) | |
| **Commissioner of the Alabama** ) | |
| **Department of Human Resources,** ) | |
| **in her official capacity,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Defendant Buckner has requested entry of a protective order that would prohibit Plaintiffs from taking new depositions of three witnesses. (*See* Doc. 170). Although the three witnesses previously were deposed in a representative capacity, the proposed depositions purportedly seek testimony in their respective individual capacities. (*Id.*). Based upon the court's initial review, counsel for Plaintiffs are **DIRECTED** to contact counsel for Defendant Buckner no later than **June 5, 2025** to confer by videoconference in a good faith effort to resolve or narrow the discovery dispute. The discussion should include Plaintiffs' position as to why the testimony sought would not be "unreasonably cumulative or duplicative." *See* Fed. R. Civ. P. 26(c)(1). If counsel are able to resolve the discovery dispute in full, they shall file a joint written notice to that effect no later than **June 10, 2025**. If any aspect of the discovery dispute remains unresolved, Plaintiffs must file a response to the pending motion no later than **June 13, 2025**. Defendant Buckner must file a reply within 5 business days of the response.

**DONE** this the 2nd day of June 2025.

                                                                                   /s/ Chad W. Bryan
                                                                        **CHAD W. BRYAN**
                                                                        **UNITED STATES MAGISTRATE JUDGE**